

# NUMBER 13-22-00245-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF A.S.F., A CHILD

**On appeal from the County Court at Law No. 10
of Hidalgo County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Tijerina
Memorandum Opinion by Justice Tijerina**

This matter is before the court on its own motion. Appellant filed a notice of appeal attempting to appeal an order on special appearance issued in trial court cause number F-1848-22-10. On May 27, 2022, the Clerk of the Court notified appellant that it appears there is no final, appealable order identified in the documents before the Court. *See* Tex. Civ. Prac. & Rem. Code §51.014(7). Appellant was also advised that, if the defect was not corrected within ten days from the date of the notice, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3.

Appellant failed to cure the defect in his notice of appeal and has not otherwise responded to the clerk's notices. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

JAIME TIJERINA
Justice

Delivered and filed on the
21st day of July, 2022.